UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br>            Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MUSTAFA A. DAWUD, d/b/a ELITE ) <br> WIRELESS; BARBARA J. SCURFIELD, ) <br> individual and as Trustee of the ) <br> Barbara J. Scurfield Family Trust, ) <br> dated October 15, 1999, ) <br> ) <br>            Defendants. ) <br> _____) | 2:07-cv-02768-GEB-KJM <br><br> <u>STATUS (PRETRIAL</u> <br> <u>SCHEDULING ORDER</u> |

        The status report filed by Plaintiff on March 17, 2008, states that "Defendant Mustafa A. Dawud was served on January 19, 2008, but has not filed an answer.  Defendant Barbara J. Scurfield was served on January 14, 2008, but has not filed an answer."  The Plaintiff fails to provide an appropriate proposed litigation plan in such a situation.  Failure to make such a proposal in another joint status report, which shall be filed no later than April 14, 2008, could result in dismissal of this action.[1]

---

    [1]    Plaintiff has been informed about the same type of failures in
(continued...)

1  The status (pretrial scheduling) conference scheduled in
2 this case for March 31, 2008, is continued to April 28, 2008.
3 Plaintiff shall file a status report not later than fourteen days
4 prior to the April 28 scheduling conference.
5  IT IS SO ORDERED.
6 Dated:  March 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
other cases.