UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>              Plaintiff,<br><br>     v.<br><br>MUSTAFA A. DAWUD, d/b/a ELITE WIRELESS; BARBARA J. SCURFIELD, individually and as trustee of the Barbara J. Scurfield Family Trust, dated October 15, 1999,<br><br>              Defendants. | 2:07-cv-02768-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE |

        Plaintiff Scott N. Johnson filed a request on April 14, 2008, for continuance of the Status (Pretrial Scheduling) Conference set for April 28, 2008.  This status conference is continued to June 23, 2008, at 9:00 a.m.  A joint status report shall be filed no later than June 9, 2008.[1]

        Plaintiff is hereby notified that any defendant not served by April 21, 2008, may be dismissed from this action without prejudice under Fed. R. Civ. P. 4(m).  To avoid dismissal, Plaintiff shall file a proof of service for any Defendant served no later than April 28, 2008.

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1       If Plaintiff believes he has good cause to justify
2 extension of Rule 4(m)'s 120-day service period for any defendant
3 not served by April 21, 2008, he shall file a declaration no later
4 than April 28, 2008, showing "good cause" why said defendant should
5 not be dismissed.
6       IT IS SO ORDERED.
7 Dated: April 15, 2008

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge