UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,
         Plaintiff,

     v.

MUSTAFA A. DAWUD, d/b/a ELITE WIRELESS; BARBARA J. SCURFIELD, individually and as trustee of the Barbara J. Scurfield Family Trust, dated October 15, 1999,
         Defendants.

2:07-cv-02768-GEB-KJM

ORDER

     Plaintiff was issued a Rule 4(m) Notice on April 16, 2008 ("April 16"), in which Plaintiff was notified "that any Defendant not served by April 21, 2008, may be dismissed without prejudice under Fed. R. Civ. P. 4(m)." The April 16 Order further required Plaintiff to file a proof of service for any served Defendant on or before April 28, 2008, to avoid dismissal.

     Plaintiff filed a proof of service document for Mustafa A. Dawud, but failed to file a proof of service document for Barbara J. Scurfield in either her individual capacity or her trustee capacity as trustee for the Barbara J. Scurfield Family Trust. Plaintiff filed a First Amended Complaint on June 4, 2008, in which he names Scurfield as a defendant in her individual capacity and in her trustee capacity as trustee for the Barbara J. Scurfield Family Trust, among other defendants.

1   "[T]he 120-day period provided by Rule 4(m) is not
2 restarted by the filing of an amended complaint except as to those
3 defendants newly added in the amended complaint." <u>Bolden v. City of
4 Topeka, Kan,</u> 441 F.3d 1129, 1148 (10th Cir. 2006).  Therefore,
5 Plaintiff's claims against Barbara J. Scurfield in her individual
6 capacity and in her capacity as trustee for the Barbara J.
7 Scurfield Family Trust, are dismissed without prejudice.
8   Nor did Plaintiff file a status report by June 9, 2008,
9 as required by the April 16 Order. Therefore, Plaintiff shall show
10 cause in a writing to be filed no later than July 21, 2008, why
11 sanctions should not be imposed against him under Rule 16(f) of the
12 Federal Rules of Civil Procedure for his failure to file a timely
13 status report.  The status conference scheduled for June 23, 2008,
14 is rescheduled to August 4, 2008, at 9:00 a.m. A status report
15 shall be filed no later than July 21, 2008.
16   IT IS SO ORDERED.
17 Dated:  June 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge